**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Joseph Jose BENITEZ, Defendant–**
**Appellant.**

**No. 11–20419**
**Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

Aug. 14, 2012.

Renata Ann Gowie, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Cynthia Jean–Marie Cline, Esq., Houston, TX, for Defendant–Appellant.

Before KING, JOLLY, and SMITH, Circuit Judges.

*ON REMAND FROM THE SUPREME COURT OF THE UNITED STATES*

PER CURIAM: *

On January 4, 2012, we granted the Government's motion for summary affirmance, because we were bound by our precedent which held that the Fair Sentencing Act of 2010 (FSA) does not apply retroactively to a defendant who is sentenced after the effective date of the FSA but whose offense preceded the FSA's effective date. *United States v. Benitez,* 456 Fed.Appx. 446 (5th Cir.2012) (citing *United States v. Tickles,* 661 F.3d 212, 214–15 (5th Cir.2011)).

After our opinion was issued, the Supreme Court held in *Dorsey v. United States,* — U.S. ——, 132 S.Ct. 2321, 183 L.Ed.2d 250 (2012), that the more lenient penalties of the FSA apply to offenders who committed offenses before the effective date of the FSA, but who were sentenced after that date. We therefore VACATE Benitez's sentence and REMAND this case for resentencing consistent with *Dorsey.*

VACATED and REMANDED.

---

* Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.